UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM LUND, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 CV 50035 |
| | ) | |
| vs. | ) | Judge Fredrick J. Kapala |
| | ) | |
| CITY OF ROCKFORD, et al. | ) | Magistrate Iain D. Johnston |
| | ) | |
| Defendants. | ) | |

## CITY OF ROCKFORD'S ANSWER TO COMPLAINT

Defendant, CITY OF ROCKFORD, a municipal corporation, by and through its attorneys, City of Rockford Department of Law, Kerry F. Partridge, Interim Legal Director and Ifeanyi C. Mogbana, Assistant City Attorney, and for its Answer to Complaint states as follows:

## JURISDICTION & VENUE

1. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 2 of Plaintiff's Complaint.

3. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 3 of Plaintiff's Complaint.

4. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 4 of Plaintiff's Complaint.

## PARTIES

5. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 5 of Plaintiff's Complaint.

6. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 9 of Plaintiff's Complaint.

**INTRODUCTION**

10. Defendant, CITY OF ROCKFORD, lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 10 of Plaintiff's Complaint.

11. Defendant, CITY OF ROCKFORD, lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 11 of Plaintiff's Complaint.

12. Defendant, CITY OF ROCKFORD, lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. Defendant, CITY OF ROCKFORD, lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Defendant, CITY OF ROCKFORD, lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 14 of Plaintiff's Complaint

15. Defendant, CITY OF ROCKFORD, lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 15 of Plaintiff's Complaint.

**FACTS**

16. Defendant, CITY OF ROCKFORD, admits that plaintiff was in the Mid Town district of Rockford at approximately 11:30 p.m. on May 25, 2015, but lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 16 of Plaintiff's Complaint.

17. Defendant, CITY OF ROCKFORD, denies the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. Defendant, CITY OF ROCKFORD, lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. Defendant, CITY OF ROCKFORD, lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 22 of Plaintiff's Complaint.

23. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 23 of Plaintiff's Complaint.

24. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 24 of Plaintiff's Complaint.

25. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 25 of Plaintiff's Complaint.

26. Defendant, CITY OF ROCKFORD, denies the allegations contained in paragraph 26 of Plaintiff's Complaint.

27. Defendant, CITY OF ROCKFORD, denies the allegations contained in paragraph 27 of Plaintiff's Complaint.

28. Defendant, CITY OF ROCKFORD, admits that Plaintiff was charged with the stated offenses, but denies the allegations contained in paragraph 28 of Plaintiff's Complaint.

29. Defendant, CITY OF ROCKFORD, admits that Defendant Torrance instructed Defendants Welsh and Campbell to seize Plaintiff's cellular phone but denies the remaining allegations contained in paragraph 29 of Plaintiff's Complaint.

30. Defendant, CITY OF ROCKFORD, denies the allegations contained in paragraph 30 of Plaintiff's Complaint.

31. Defendant, CITY OF ROCKFORD, denies the allegations contained in paragraph 31 of Plaintiff's Complaint.

32. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 32 of Plaintiff's Complaint.

33. Defendant, CITY OF ROCKFORD, denies the allegations contained in paragraph 33 of Plaintiff's Complaint.

34. Defendant, CITY OF ROCKFORD, denies the allegations contained in paragraph 34 of Plaintiff's Complaint.

## COUNT I – 42 U.S.C. § 1983
## False Arrest/Unlawful Detention

35. Defendant, CITY OF ROCKFORD, restates its responses to the foregoing paragraphs as if fully rewritten herein.

36. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 36 of Count I of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

37. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 37 of Count I of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

## COUNT II – 42 U.S.C. § 1983
## Unreasonable/Illegal Search & Seizure

38. Defendant, CITY OF ROCKFORD, restates its responses to the foregoing paragraphs as if fully rewritten herein.

39. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 39 of Count II of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

40. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 40 of Count II of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

## COUNT III – 42 U.S.C. § 1983
## Failure to Intervene

41. Defendant, CITY OF ROCKFORD, restates its responses to the foregoing paragraphs as if fully rewritten herein.

42. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 42 of Count III of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

43. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 43 of Count III of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

**COUNT IV – 42 U.S.C. § 1983**
**Supervisory Liability**

44. Defendant, CITY OF ROCKFORD, restates its responses to the foregoing paragraphs as if fully rewritten herein.

45. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 45 of Count IV of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

46. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 46 of Count IV of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

47. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 47 of Count IV of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

**COUNT V – 42 U.S.C. § 1983**
**First Amendment Retaliation**

48. Defendant, CITY OF ROCKFORD, restates its responses to the foregoing paragraphs as if fully rewritten herein.

49. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 49 of Count V of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

50. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 50 of Count V of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

51. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 51 of Count V of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

52. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 52 of Count V of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

53. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 53 of Count V of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

54. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 54 of Count V of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

### **COUNT VI – 42 U.S.C. § 1983**
### **Conspiracy**

55. Defendant, CITY OF ROCKFORD, restates its responses to the foregoing paragraphs as if fully rewritten herein.

56. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 56 of Count VI of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

57. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 57 of Count VI of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

58. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 58 of Count VI of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

### COUNT VII – 42 U.S.C. § 1983
### 42 U.S.C. § 1983 Malicious Prosecution

59. Defendant, CITY OF ROCKFORD, restates its responses to the foregoing paragraphs as if fully rewritten herein.

60. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 61 of Count VII of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

61. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 61 of Count VII of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

62. Defendant, CITY OF ROCKFORD, does not respond to the allegations contained in paragraph 62 of Count VII of Plaintiff's Complaint as they are not directed to the Defendant, CITY OF ROCKFORD.

## COUNT VIII – STATE LAW CLAIM
### Malicious Prosecution *(Respondeat Superior)*

63. Defendant, CITY OF ROCKFORD, restates its responses to the foregoing paragraphs as if fully rewritten herein.

64. Defendant, CITY OF ROCKFORD, denies the allegations contained in paragraph 64 of Count VIII of Plaintiff's Complaint.

65. Defendant, CITY OF ROCKFORD, denies the allegations contained in paragraph 65 of Count VIII of Plaintiff's Complaint.

66. Defendant, CITY OF ROCKFORD, denies the allegations contained in paragraph 66 of Count VIII of Plaintiff's Complaint.

## COUNT IX –Indemnification

67. Defendant, CITY OF ROCKFORD, restates its responses to the foregoing paragraphs as if fully rewritten herein.

68. Defendant, CITY OF ROCKFORD, admits the allegations contained in paragraph 68 of Count IX of the Plaintiff's Complaint.

## AFFIRMATIVE DEFENSE
### 745 *ILCS* 10/2-109. Act or Omission of Employee
### (Defendant City of Rockford)

1. A local public entity is not liable for an injury resulting from an act or omission of its employee where the employee is not liable. 745 *ILCS* 10/2-109 – Act or Omission of Employee.

2. Plaintiff alleges that individual defendants, OFFICER SEAN WELSH, OFFICER TIMOTHY CAMPBELL, and OFFICER EDDIE TORRANCE, as a result of their encounter with plaintiff, caused the plaintiff to suffer loss of freedom, emotional harm, and incur legal expenses.

3. Individual defendants, Rockford police officers SEAN WELSH, TIMOTHY CAMPBELL, and EDDIE TORRANCE, are sworn police officers of co-defendant, CITY OF ROCKFORD, a municipal corporation, and were authorized and empowered to exercise general law enforcement powers of co-defendant, CITY OF ROCKFORD, a municipal corporation.

4. At the time and place mentioned in the complaint, individual defendants, Rockford police officers SEAN WELSH, TIMOTHY CAMPBELL, and EDDIE TORRANCE, were acting in their official capacities, exercising the general law enforcement powers of co-defendant, CITY OF ROCKFORD, a municipal corporation.

5. Based on the foregoing, individual defendants, Rockford police officers SEAN WELSH, TIMOTHY CAMPBELL, and EDDIE TORRANCE, are not liable to plaintiff for any state law claims as they are entitled to all applicable state law qualified and statutory immunities.

6. WHEREFORE, where individual defendants, Rockford police officers SEAN WELSH, TIMOTHY CAMPBELL, and EDDIE TORRANCE, are not liable for any state law injuries suffered by the plaintiff, Defendant CITY OF ROCKFORD, an Illinois municipal corporation, as their employer, is not liable. 745 *ILCS* 10/2-109.

Dated: April 10, 2017

Respectfully submitted

CITY OF ROCKFORD, an Illinois municipal Corporation,
**Defendant**

By: */s/ Ifeanyi C. Mogbana*
     Ifeanyi C. Mogbana,
     Assistant City Attorney

City of Rockford Department of Law
425 E. State Street
Rockford, IL 61104
(779) 348-7385
Ifeanyi.Mogbana@Rockfordil.gov